IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRYANT CUNNINGHAM** **PLAINTIFF**
**#252-302**

v.  Case No. 4:22-CV-00836-LPR

**McFADDEN, Sheriff Officer, Pulaski**
**County Detention Facility, et al.** **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 12th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE